■ KENNETH LIGHTELL, Appellant, v LAURENCE JAEGER, as Treasurer of the New York Quarterly Meeting of the Religious Society of Friends, Respondents. — In an action to recover damages for breach of an employment contract, plaintiff appeals from an order of the Supreme Court, Kings County (Jordan, J.), dated November 14, 1983, which, *inter alia,* granted defendant's motion to dismiss the complaint.

Order affirmed, without costs or disbursements. (*See, O'Donnell v Westchester Community Serv. Council,* 96 AD2d 885.) Titone, J. P., O'Connor, Lawrence and Eiber, JJ., concur.